# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-31293MP |
| | Citizenship: MEXICO |
| Jorge Mondragon-Solis | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about August 06, 2018, at or near Nogales, Arizona, in the District of Arizona, Jorge MONDRAGON-Solis, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about August 06, 2018, agents found Jorge MONDRAGON-Solis in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Jorge MONDRAGON-Solis admitted to illegally entering the United States of America from Mexico on or about August 06, 2018, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 08/07/2018

at Tucson, Arizona

Trevor McDonald, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 08/07/2018

**Eric J. Markovich**
**United States Magistrate Judge**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

United States of America                                                                 CASE: 18-31293MP

vs.

Jorge Mondragon-Solis

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Jorge Mondragon-Solis, was represented by counsel, Natalie Haywood (CJA).

The defendant pled guilty to the Complaint on 08/07/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 08/06/2018 |

As pronounced on 08/07/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The defendant is advised of defendant's right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

Signed on Tuesday, August 07, 2018.

Eric J. Markovich
United States Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | MAGISTRATE JUDGE'S MINUTES |

Date: 08/07/2018         Case Number: 18-31293MP

USA vs. **Jorge Mondragon-Solis**
U.S. MAGISTRATE JUDGE: ERIC J. MARKOVICH     Judge AO Code: 70CA
ASSIGNED U.S. Attorney: Dean Lynch
INTERPRETER REQ'D: Juan Radillo, Spanish
Attorney for Defendant: Natalie Haywood (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **08/06/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:   Natalie Haywood (CJA) is appointed as attorney of record for defendant. The Government asks the Court to impose a sentence of 15 days citing prior history; defense counsel states objections. The Court finds a sentence of TIME SERVED is appropriate.

|  |  |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Allison Siquieros | Sent: 0 |
| Deputy Clerk | IA: 0 |
| Start: 1:31 PM Stop: 3:57 PM | |